| | |
|---|---|
| 1 | PETER E. BRIXIE, S.B.#124186 |
| 2 | Attorney at Law |
| | 410 Twelfth Street, Suite One |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 658-1880 |
| 4 | Facsimile: (916) 658-1884 |
| | Email: peterbrixie@gmail.com |
| 5 | |
| 6 | **Attorney for HELENE BROWN** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HELENE BROWN, | | CASE NO.: 2:18-CV-01405-CKD |
| Plaintiff, | | |
| vs. | | STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |
| COMMISSIONER OF SOCIAL SECURITY, | | |
| Defendant | | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of January 28, 2019. The extension is needed due to press of business in plaintiff's attorney's office.

////

1 | This is the 2nd request for extension by plaintiff.
2 |
3 | Dated: 12/28/2018                              /s/ *Peter Brixie*
4 |                                                PETER BRIXIE
  |                                                Attorney at Law
  |                                                Attorney for Plaintiff
5 |
6 |
7 | Dated: 12/28/2018                              /s/ *Daniel P. Talbert*
  |                                                DANIEL P. TALBERT
  |                                                Special Assistant U. S. Attorney
8 |                                                Attorney for Defendant
9 |
10 |                          ____ooo__
11 |                   APPROVED AND SO ORDERED.
12 | Dated: December 28, 2018
13 |                                        _____
14 |                                        CAROLYN K. DELANEY
   |                                        UNITED STATES MAGISTRATE JUDGE